JAMES ALLEN AND AT[s] VS THE SHIP *Angola* AND HER CARGO

June 6th

The Court being Opened According to Adjournm[t] M[r] Samuel Auchmuty Produced his Patent Appointing him Reg[r] of this Court was Sworn in Office by his Hon[r] the Judge After which the Libel of Capt[t] James Allen etc. and the Claim of George Smithson late of s[d] Ship were read

M[r] Moses Lopez was Sworn Interpreter in this Case, Whereupon the Preparitory Exam[ns] were Produced in Co[t] Philip de Arreitta, On Oath in Open Court declares that the Answers made to the Interrogatories by him signed are true And was further Sworn — Also Nathan Bull was Sworn After which the Att[rys] for the Captors entered their reply to the Claim or plea of the s[d] George Smithson and the Court is Adjourned until to Morrow 9 a Clock A: M

7th June

The Court being Opened According to Adjournm[t] Antonio Rodriguez, Cayetano Ramos, Christopher Berry, John Bickerstaff and Michael Quin were Sworn and declared in Open Court that their several Interrogatories by them signed were true — Sundry papers produced in Court, Whereupon John Banister and W[m] Richardson were Sworn

18. The Claim[t] Acknowledges in Court that Cap[t] James Allen and Cap[t] James Wimble are Commanders of Private Men of War as set forth in the Libel and are duly and fully Authorized and empowered by Commissions as are set forth in their Libel And after Several Pleas by the Attornies on both sides The Court Adjourned to Friday the 10th Inst[t] at 3 aClock P: M

[Minute Book, 1740–1743]

7th July [June] 1743.

John Banister of Newport af[d] Merch[t] On Oath made answer to the following Questions Viz[t]

Q[n] 1. Where had you those papers inclosed in the Letter Directed to John Hardman and Company Owners of the Angola Merch[n] Viz An Acco[t] of Sales and Invoice of Sundry Merchandizes Shipt on Board the Ship Angola with the Letter annexed An Acco[t] of the Disbursements of said Ship with a Letter annexed and Bill of Lading

An[r] I reced. them from Cap[t] George Smithson, Sealed under the Cover now in Court, under three Seals, and no other papers with 'em Who say'd he had 'em from Cap[t] Freebody, (who being here was present Acknowledged he showed them upon a Table and S[d] Smithson took them himself) being one of the Owners of the privateer Upon my receiving said Letter from s[d] Smithson I broke it open to discover to se if there was anything in them that wou'd serve Cap[t] Smithson in his Defence and now produces them at the request of his Council

John Banister

Willaim Richardson on Oath made Answer to the following Questions

$Q^n$  Do you know the hand Writing of the Bill of Lading and the Signing of the Letters

$An^r$  I am acquainted with the hand Writing of M$^r$ Berclay and of M$^r$ Charles Gordon Clerk of Crowder and Berclay and verily believe that the Letters and Bill of Lading are the hands Writing of M$^r$ Gordon and the Signing of the Letters are the hands Writing of M$^r$ Berclay.

W$^m$ Richardson

[Admiralty Papers, I, 82]

June 10th 1743.

The Court being Opened According to Adjournm$^t$ His Hon$^r$ the Judge pronounced his Decree — George Smithson the Claimant moves to the Court for an Appeal from this Court to the Commission$^{rs}$ Appointed or to be Appointed under the Great Seal of Great Britain for receiving hearing and determining Appeals in Causes of Prizes Which is granted he Conforming himself According to Law in such Cases made and Provided Bond given Pursuant to Act

[Minute Book, 1740–1743]

Whereas a Lible has been presented before me May 19, 1743 by James Allin Commander of the Sloop Revenge a Private Man of War belonging to Newport Commissiond by Richard Ward Esq$^r$ Late Governour of Rhode Island for himself Owners and Company in Conjuntion with James Wimble in the Sloop Revenge another Private Man of War belonging to London Great Britain Commissiond by the Honorable Commissioners for Executing the Office of Lord High Admiral of Great Britain Ireland etc. for himself Owners and Company by Virtue of w$^{ch}$ Commissions they did take the Ship Angola who was taken by the Spaniards on the 20th day of April last N.S. off the Hineango one of the first Islands in the Winward Passage of the Burden of Two Hundred and Forty Tons or thereabouts Mounted w$^{th}$ twelve Carriage and four Swivel Guns together w$^{th}$ Her Cargoe Consisting of one Hundred and Fifty Seven Hoges of Sugar Eighty Planks of Mohogony three Hundred and Seventy Bags of Ginger Eighty Seven Bags of Cotten and three tons of Elephants teeth Sundry Musquets Warlike Stores etc. and did bring Her into Newport for Tryal and Adjudication and there being A Claime Entred by George Smithson Commander of the s$^d$ Ship Angola when she was first taken in behalf of Peter Cunliffe Esq$^r$ Jn$^o$ Hardman and Sam Augden all of Liverpool in Lancastire Great Britain as owners of the s$^d$ Ship and Cargoe before she was taken by Don Francisco Lorenso and Don Francisco Camejo Commander of two Sloops of War fitted out and belonging to the King of Spain and I have attentively heard the Pleas of the Counsels both for Captors and Claimers the Argument of the Counsil for the Captors was this that

when a ship or Vessel belonging to the Subjects of the King of Great Britain was taken by Ships and Vessels of War fitted out and belonging to the King of Spain and was Carried by any of them into their Ports or Harbours that she was then a Lawfull Prize Nay more Indisputably so after the Cerimony of Condemnation had past upon Her that then the Propperty was Acttually Altred: the Plea of the Counsil Runs thus for the Claimer that the Passages in His Majestys Act for Salvage was Exprest with out any Manner of Exception and although a Vessel after taken was Carried into Port by the Enimy and there Condemnd that there was nothing but Salvage due and that the Propperty was not altred untill She was Sold by th^m to Some Other Nation now I having Delebaratly look^d Over His Majestys Act of Parliament begun and Holden at Westminster the 14th of January 1734 and other Authority and have Maturely Weigh^d the Preparatory Examination of the Evidences on Oath and likewise again in Open Court Perticularly the Capt of the Ship when she was taken by Capt James Allin, Philippe De Arrieta and two other Spaniards all Disinterested to Appearance (and no Contradiction of what they Swore and Said being made by George Smithson who was not Sworn in the Case not Requested it and likewise by the English Mens Oaths belonging to the Ship w^ch Rather Strengthen^d then Deminish^d — the Spannish Evidences (the Substance of w^ch was that She was Carried into Tannamo a Port or Harbour in Cuba where the Papers belonging to the Ship was sent to Barricoe and Her Condemnation Came back before She Sail^d from Tannamo Laying in that Harbour four days and half and as for the time of Laying there being So Short they have no formal Court of Admiralty for Prizes taken by the Ships or Vessels belonging to the King of Spain and the s^d Ship was taken Again by Capt James Allin on the 29th of April N.S. about ten Leagues to the Eastward of the Havannah and about half a League from the Island of Cuba the Reason of the Coppy of the Condemnation of the Ship being wanting in this Case Philippi De Arrieta gives is this that he had Orders from Don Francisco Lorenso whose Leautinant he then was to throw the s^d Papers Overboard if he Should be in Danger of being taken by an Englishman w^ch he said he did in the Engagement he had w^th Cap't Allin w^th Sundry Letters that ware Sent w^th it from Barricoe in a Packet to the Governour of the Havannah w^ch Papers or Coppy of Condemnation he Reinclosd and Seal^d up in Said Packet for all w^ch he gave a Receipt I have been more Perticular in this my order then there is Real Occasion for but was Willing to Set forth the Reasons Alleig^d and Sworn against the s^d Ship and w^ch will more at Large Appear by the Preparitory Examinations of the Evidences and Other Questions Answered by them in Open Court and on the whole I am of Opinion of the Counsil for the Captors and therefore do adjudge and Condemn the aforeside Ship Angola her Tackle Apparell etc. and her Cargoe w^ch I have already Mentioned the Perticulors of to be a Lawful and Just Prize to the Captors Capt James Allin Owners and Company in Cunjunction w^th Capt

James Wimble Owners and Company to be Devided betwixt th^m According to their Articles and Agreements etc. dated in Newport this 10th day of June Annoq. Domini 1743 and in the Sixteenth Year of the Reign of His Majesty George the Second by the Grace of God King of Great Britain France and Ireland etc. Sign^d and Decree^d by me

Jn° Gidley Judge.

[Admiralty Papers, I, 83]